THIMESCH LAW OFFICES
TIMOTHY S. THIMESCH, Esq. (SBN 148213)
GENE FARBER, Esq., Esq. (No. 44215) - Of Counsel
158 Hilltop Crescent
Walnut Creek, CA 94597-3452
Telephone: (925) 588-0401
Facsimile: (888) 210-8868
tim@thimeschlaw.com
genefarber@gmail.com

Attorneys for Plaintiff
CRAIG YATES

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CRAIG YATES, | ) | No. CV-10-1112-JSW |
|       Plaintiffs, | ) | |
| | ) | **LIMITED REQUEST FOR** |
| vs. | ) | **DISMISSAL WITHOUT** |
| | ) | **PREJUDICE** |
| ROYAL GROUNDS COFFEE HOUSE; | ) | |
| BON LIEU CAFE CO., INC.; LENNY | ) | |
| CHEN; MATTHEW B. ANDERSON; | ) | |
| CHENG SU;BON LIEU; ROBERT G. | ) | |
| BERRY; LORAINE B. BERRY; DOE | ) | |
| TRUSTS 1 THROUGH 5, INCLUSIVE; | ) | |
| AND DOES 6 THROUGH 50 | ) | |
| INCLUSIVE, | ) | |
| | ) | |
|       Defendants. | ) | |

Upon the representation of named defendant MATTHEW B. ANDERSON that during the relevant time period of the complaint defendant MATTHEW B. ANDERSON has been not involved in the ownership, operation, lease or control of the subject business,

//////

//////

//////

//////

//////

//////

//////

//////

1   building and parcel, plaintiff requests his dismissal from the action without prejudice.

2   DATED:  July 14, 2010                    THIMESCH LAW OFFICES

3

4                                            By: _____

5                                            GENE A. FARBER

6                                            Attorneys for CRAIG YATES

7                        **ORDER**

8       SO ORDERED.

9       The claims against Matthew Anderson are dismissed without

10      prejudice.

11

12

13

14   Dated: July 14, 2010

15                                            HON. JEFFERY S. WHITE
                                             United States District Court Judge

16

17

18

19

20

21

22

23

24

25

26

27

28
                                                                                2