Thimesch Law Offices
TIMOTHY S. THIMESCH, ESQ., No. 148213
GENE A. FARBER, ESQ., No. 44215 – Of Counsel
158 Hilltop Crescent
Walnut Creek, CA 94597-3452
Tel: 925-588-0401
Fax: 888-210-8868

Attorneys for Plaintiff
CRAIG YATES

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES,<br><br>    Plaintiff,<br><br>v.<br><br>ROYAL GROUNDS COFFEE HOUSE;<br>et al.,<br><br>    Defendants.<br>_____/ | CASE NO. CV-10-1112 ~~JCS~~<br>Civil Rights<br><br>**PLAINTIFF'S NOTICE OF ~~PENDING~~ SETTLEMENT; REQUEST FOR ADMINISTRATIVE DISMISSAL WITH RETAINED JURISDICTION TO INTERPRET AND ENFORCE THE SETTLEMENT AGREEMENT; [~~Proposed~~] ORDER OF DISMISSAL** |

Thanks to the efforts of the ADR Department and Mediator Robin Siefken, Esq., the parties are pleased to report they have reached a complete settlement in all respects, including Plaintiff's claims for statutory injunctive relief, statutory damages, and for an award of reasonable statutory attorney fees, litigation expenses and costs. The parties have memorialized the settlement through written agreement, and request the dismissal of the action with prejudice, with the Court maintaining continuing jurisdiction to interpret and enforce the settlement agreement. The Parties further request that the Court vacate the Case Management Conference scheduled for

////

Thimesch Law Offices
158 Hilltop Crescent
Walnut Creek, CA
94597-3452
(925) 588-0401

**Notice of Pending Settlement; Request for Administrative Dismissal With Retained Jurisdiction; Order: Case No. CV-10-1112 ~~JCS~~**

1 | August 5, 2011.

Dated: July 29, 2011
THIMESCH LAW OFFICES
TIMOTHY S. THIMESCH, ESQ.
GENE FARBER, ESQ. – Of Counsel

/S/ Signature Authorized
Attorneys for Plaintiff
CRAIG YATES

**APPROVED AS TO FORM:**

Dated: July 29, 2011
SARA B. ALLMAN, ESQ.
ALLMAN & NIELSEN, P.C.

/s/ Authorized Signed
Attorneys for Defendants ROBERT G. BERRY
and LORAINE B. BERRY, individually, and as
Co-trustees of the ROBERT AND LORAINE
BERRY REVOCABLE TRUST

Dated: July 29, 2011
MICHAEL LEE, ESQ.
LAW OFFICES OF MICHAEL G.W. LEE

/s/ Authorized Signed
Attorneys for Defendants ROYAL GROUNDS
COFFEE HOUSE; BON LIEU CAFÉ CO., INC.;
LENNY CHAN; CHENG SU; and BON LIEU

**ORDER**

SO ORDERED.
_____.

Dated: August 2, 2011

MAGISTRATE JUDGE JOSEPH C. SPERO
U.S. DISTRICT COURT
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

Thimesch Law Offices
158 Hilltop Crescent
Walnut Creek, CA
94597-3452
(925) 588-0401

**Notice of Pending Settlement; Request for Administrative Dismissal With Retained Jurisdiction; Order: Case No. CV-10-1112 JCS**

— 2 —