**Thimesch Law Offices**
TIMOTHY S. THIMESCH, ESQ., No. 148213
GENE A. FARBER, ESQ., No. 44215 – Of Counsel
158 Hilltop Crescent
Walnut Creek, CA 94597-3452
Tel: 925-588-0401
Fax: 888-210-8868

Attorneys for Plaintiff
CRAIG YATES

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES,<br><br>            Plaintiff,<br><br>v.<br><br>ROYAL GROUNDS COFFEE HOUSE, et al.,<br><br>            Defendants.<br>_____/ | CASE NO. CV-10-1112-JSW<br>Civil Rights<br><br>**PLAINTIFF'S REQUEST FOR TERMINATION OF RETAINED JURISDICTION WITH PREJUDICE;** [Proposed] **ORDER** |

**TO THE COURT:**

By Order entered on August 2, 2011 (CD 37), the Court dismissed this action with prejudice, but with retained jurisdiction to interpret and enforce the terms of the written settlement agreement, including injunctive relief. The parties now request that the court discharge its maintenance of jurisdiction. Plaintiff represents that he has personally inspected the remediations and confirms that Defendants have fully complied with terms.

Therefore, Plaintiff requests that the Court discharge its retained jurisdiction with

////

Thimesch Law Offices
158 Hilltop Crescent
Walnut Creek, CA
94597-3452
(925) 588-0401

**Request for Termination of Retained Jurisdiction; Order:**
**Case No. CV-10-1112-JSW**

1  prejudice.

2

3  Dated: May 31, 2012         THIMESCH LAW OFFICES
                                TIMOTHY S. THIMESCH, ESQ.
4                               GENE FARBER, ESQ. – Of Counsel

5                               /S/ Signature Authorized
                                Attorneys for Plaintiff
6                               CRAIG YATES

7  **APPROVED AS TO FORM:**

8  Dated: May 31, 2012         MICHAEL G.W. LEE, ESQ.

9

10                              /s/ Authorized Signed
                                Attorneys for Defendants
11                              ROYAL GROUNDS COFFEE HOUSE, BON
                                LIEU CAFÉ CO., INC., LENNY CHAN, CHENG
12                              SU, and BON LIEU

13  Dated: May 31, 2012         SARA B. ALLMAN, ESQ.

14

15                              /s/ Authorized Signed
                                Attorneys for Defendants
16                              ROBERT G. BERRY and LORAINE B. BERRY

17

18

19                              **ORDER**

20  SO ORDERED.

21

22  Dated: June 4, 2012         _____
                                HON. JEFFREY S. WHITE
23                              UNITED STATES DISTRICT JUDGE

24

25

26

27

28

Thimesch Law Offices
158 Hilltop Crescent
Walnut Creek, CA
94597-3452
(925) 588-0401

Request for Termination of Retained Jurisdiction; Order
Case No. CV-10-1112-JSW

— 2 —