**Thimesch Law Offices**
TIMOTHY S. THIMESCH, ESQ., No. 148213
GENE A. FARBER, ESQ., No. 44215 – Of Counsel
158 Hilltop Crescent
Walnut Creek, CA 94597-3452
Tel: 925-588-0401
Fax: 888-210-8868

Attorneys for Plaintiff
CRAIG YATES

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES, | CASE NO. CV-10-1112-JSW |
| | Civil Rights |
| Plaintiff, | |
| v. | **PLAINTIFF'S REQUEST FOR TERMINATION OF RETAINED JURISDICTION WITH PREJUDICE;** [Proposed] **ORDER** |
| ROYAL GROUNDS COFFEE HOUSE, et al., | |
| Defendants. | |

**TO THE COURT:**

By Order entered on August 2, 2011 (CD 37), the Court dismissed this action with prejudice, but with retained jurisdiction to interpret and enforce the terms of the written settlement agreement, including injunctive relief. The parties now request that the court discharge its maintenance of jurisdiction. Plaintiff represents that he has personally inspected the remediations and confirms that Defendants have fully complied with terms.

Therefore, Plaintiff requests that the Court discharge its retained jurisdiction with

////

**Request for Termination of Retained Jurisdiction; Order:**
**Case No. CV-10-1112-JSW**

Thimesch Law Offices
158 Hilltop Crescent
Walnut Creek, CA
94597-3452
(925) 588-0401

prejudice.

Dated: May 31, 2012    THIMESCH LAW OFFICES
TIMOTHY S. THIMESCH, ESQ.
GENE FARBER, ESQ. – Of Counsel

/S/ Signature Authorized
Attorneys for Plaintiff
CRAIG YATES

**APPROVED AS TO FORM:**

Dated: May 31, 2012    MICHAEL G.W. LEE, ESQ.

/s/ Authorized Signed
Attorneys for Defendants
ROYAL GROUNDS COFFEE HOUSE, BON LIEU CAFÉ CO., INC., LENNY CHAN, CHENG SU, and BON LIEU

Dated: May 31, 2012    SARA B. ALLMAN, ESQ.

/s/ Authorized Signed
Attorneys for Defendants
ROBERT G. BERRY and LORAINE B. BERRY

**ORDER**

SO ORDERED.

Dated: June 4, 2012

HON. JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

Thimesch Law Offices
158 Hilltop Crescent
Walnut Creek, CA
94597-3452
(925) 588-0401

**Request for Termination of Retained Jurisdiction; Order**
**Case No. CV-10-1112-JSW**

— 2 —